UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JESSICA CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 23-197-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, is **AFFIRMED**.

2. Judgment is entered in favor of the defendant with respect to all issues raised in this civil action.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: October 27, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky